UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CARL WM. ALEXANDER, | ) |
| Plaintiff, | ) |
| vs. | ) CAUSE NO. 3:16-CV-48 PS |
| LT. WALKER and SGT. THOMPSON, | ) |
| Defendant. | ) |

## OPINION AND ORDER

Carl Wm. Alexander, a *pro se* prisoner, filed a complaint against two defendants based on events which occurred at the Putnamville Correctional Facility in Putnamville, Indiana. Putnamville is located within the geographical boundaries of the United States District Court for the Southern District of Indiana. It does not appear that this is the proper venue for this case, but pursuant to 28 U.S.C. § 1391(b)(2), it could have been filed in United States District Court for the Southern District of Indiana. Therefore, pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the Southern District of Indiana.

  **SO ORDERED**.

  ENTERED: February 8, 2016

                        s/ Philip P. Simon
                        CHIEF JUDGE
                        UNITED STATES DISTRICT COURT